decision and order of the Benefits Review Board affirming the Administrative Law Judge's decision and orders awarding benefits and attorney fees. We affirm.

We find that the ALJ's finding that Joseph R. Hastings had asbestosis and that it hastened his death is supported by substantial evidence. *See* 33 U.S.C. § 921(b)(3) (1994); *Gilchrist v. Newport News Shipbuilding & Dry Dock Co.*, 135 F.3d 915, 918 (4th Cir.1998). We further find that the ALJ did not abuse its discretion by awarding attorney fees to the Claimant.

Accordingly, we affirm the Board's decision and order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Before WILKINS and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Nikolay Palov appeals the district court's grant of summary judgment to IKON Office Solutions on his claim of employment discrimination based on national origin and disability. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Palov v. IKON Office Solutions, Inc.*, No. CA–99–1650–DKC (D.Md. Jan. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Nikolay PALOV, Plaintiff–Appellant,**

v.

**IKON OFFICE SOLUTIONS, INCORPORATED, Defendant–Appellee.**

No. 01–1197.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided June 7, 2001.

Nikolay Palov, pro se. Gil A. Abramson, Hogan & Hartson, Baltimore, MD, for appellee.

**The LEARNING NETWORK, INCORPORATED; Headland Digital Media, Incorporated; Pearson Incorporated; Pearson, PLC; Phillip Hoffman, Plaintiffs–Appellees,**

v.

**DISCOVERY COMMUNICATIONS, INCORPORATED, Defendant–Appellant.**

No. 01–1202.

United States Court of Appeals, Fourth Circuit.

Argued May 9, 2001.

Decided June 7, 2001.